UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------- x
DOMINGO S. CAVEL, TOMAS CONOZ, and
TOMAS CONOZ TIAN,

                          Plaintiffs,

                  - against -

SPA CASTLE INC. and STEVE S. CHON,

                         Defendants.
---------------------------------------------- x

ECF CASE
13-cv-7361 (SJ)(CLP)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Domingo S. Cavel, Tomas Conoz, and Tomas Conoz Tian, and defendants Spa Castle Inc. and Steve S. Chon., by their undersigned counsel, stipulate and agree that this case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his own costs, expenses, and attorney's fees.

Date: January 23, 2015

Respectfully submitted,

VIRGINIA & AMBINDER, LLP

By: _____
Leonor H. Coyle, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080

*Counsel for Plaintiffs*

LAW OFFICES OF JONATHAN Y. SUE, PLLC

By: _____
Jonathan Sue, Esq.
308 Fifth Avenue, Suite 1302
New York, New York 10016
212.967.1001

*Counsel for Defendants*

SO ORDERED
on this __30__ day of __March__ 20 15

/S/ USDJ JOHNSON
STERLING JOHNSON, JR., SENIOR U.S.D.J.